IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01389-BNB

FREDERICK D. MOORE,

    Plaintiff,

v.

BOULDER SHERIFF OFFICE KITCHEN SUPERVISOR, and
BOULDER SHERIFF OFFICE INFIRMARY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2008

GREGORY C. LANGHAM
    CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

On July 10, 2008, this Court entered an order directing Plaintiff, Frederick D. Moore, to cure a deficiency in the case within thirty days. At the time Mr. Moore initiated the instant action, he was detained at the Boulder County Jail in Boulder, Colorado. On July 17, 2008, Mr. Moore submitted a Notice of Change of Address to the Court that indicates he has been released from the jail.

Mr. Moore's continuing obligation to pay the filing fee is to be determined, like any non-prisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. See *Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr.

Moore will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that Mr. Moore submit, **within thirty 30 days from the date of this Order**, an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Moore, together with a copy of this Order, two copies of the following form: **Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**. It is

FURTHER ORDERED that if Mr. Moore fails to submit, **within thirty days from the date of this Order**, an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or in the alternative to pay the $350.00 filing fee, the action will be dismissed without prejudice and without further notice.

DATED July 22, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01389-BNB

Frederick D. Moore
936 Warren Court
Longmont, CO 80501

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form** to the above-named individuals on 7/22/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk