IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01389-BNB

FREDERICK D. MOORE,

    Plaintiff,

v.

BOULDER SHERIFF OFFICE KITCHEN SUPERVISOR, and
BOULDER SHERIFF OFFICE INFIRMARY,

    Defendants.

---

ORDER VACATING JULY 22, 2008, ORDER
AND DIRECTING PLAINTIFF TO FILE
A CERTIFIED COPY OF HIS ACCOUNT STATEMENT

---

On July 10, 2008, this Court entered an order directing Plaintiff, Frederick D. Moore, to file with the Court a certified copy of his trust fund account statement. At the time Mr. Moore initiated the instant action, he was detained at the Boulder County Jail in Boulder, Colorado. On July 17, 2008, Mr. Moore submitted a Notice of Change of Address to the Court that indicates he was released from the jail. The Court then entered an order on July 22, 2008, instructing Mr. Moore to submit an Amended Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 because he no longer was detained at the Boulder County Jail, and his continuing obligation to pay the filing fee was to be determined like any nonprisoner.

Mr. Moore now has submitted a second Notice of Change of Address. He indicates in the Notice that he again is detained at the Boulder County Jail. Therefore,

the July 22, 2008, Order will be vacated, and Plaintiff will be instructed to provide to the Court a certified copy of his trust fund account statement. Accordingly, it is

ORDERED that the July 22, 2008, Order is vacated. It is

FURTHER ORDERED that Mr. Moore submit, **within thirty 30 days from the date of this Order**, a certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Moore fails to submit, **within thirty days from the date of this Order**, a certified account statement the action will be dismissed without further notice.

DATED August 1, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01389-BNB

Frederick D. Moore
Boulder County Jail
3200 Airport Road
Boulder, CO 80301

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/1/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk