IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01389-BNB

FREDERICK D. MOORE,

    Plaintiff,

v.

BOULDER SHERIFF OFFICE KITCHEN SUPERVISOR, and
BOULDER SHERIFF OFFICE INFIRMARY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2008

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's Motion to Proceed on Installment Schedule Payment, (Doc. No. 19), filed on August 26, 2008, is DENIED as moot.

Dated: August 28, 2008

Copies of this Minute Order mailed on August 28, 2008, to the following:

Frederick D. Moore
Boulder County Jail
3200 Airport Road
Boulder, CO 80301

                                           Secretary/Deputy Clerk