IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01389-BNB

FREDERICK D. MOORE,

Plaintiff,

v.

BOULDER SHERIFF OFFICE KITCHEN SUPERVISOR, and
BOULDER SHERIFF OFFICE INFIRMARY,

Defendants.



ORDER OF DISMISSAL

When Plaintiff Frederick D. Moore initiated the instant Complaint, on June 25, 2008, he was detained at the Boulder County Jail in Boulder, Colorado. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on August 25, 2008, directing Plaintiff to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint and assert personal participation by each named Defendant. Plaintiff also was instructed to state what each named Defendant did to him, when they did it, how their action harmed him, and what specific legal right they violated. *See Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

On September 3, 2008, the copy of the August 25, 2008, Order that was sent to Plaintiff was returned to the Court in an envelope marked "Refused" and "Not Here Return to Sender Boulder County Jail." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address.

Nonetheless, Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's August 25, 2008, Order Directing Plaintiff to File Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff's Complaint is deficient and that he is required to amend the Complaint in keeping with *Nasious*. Therefore, the Complaint will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 6 day of Oct, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01389-BNB

Frederick D. Moore
Boulder County Jail
3200 Airport Road
Boulder, CO 80301

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/7/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk